# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

SUNOPTIC TECHNOLOGIES, LLC,
A Florida Limited Liability Company

        **Plaintiff,**

    v.

INTEGRA LUXTEC, INC., a Massachusetts
Corporation, COHERENT-SLT, LTD., a Foreign
Company, and DAVID M. LEVEY, individually

        **Defendants.**

_____/

Case No.: 3:08-cv-878-J-16-JRK

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

2009 NOV 24  PM 1:59

FILED

## O R D E R

Before this Court is the Parties' Joint Stipulation for Dismissal with Prejudice (Doc. 61, filed

November 13, 2009). Accordingly, it is so **ORDERED**:

    1. The Parties' Stipulation for Dismissal with Prejudice is **GRANTED**.

    2. This matter is **DISMISSED with Prejudice** and the Clerk is directed to **CLOSE** this case.

**DONE AND ENTERED** at Jacksonville, Florida, this 24 day of November, 2009

                              HARVEY E. SCHLESINGER
                              United States District Judge

Copies to:
Christopher J. Greene, Esq.
Joseph Daniel Pickles, Esq.
Bianca G. Liston, Esq.
Jennifer B. Locke, Esq.
Michael J. Wiggins, Esq.
Michael G. Tanner, Esq.
Stuart Frasier Williams, Esq.